IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO MEJIA,                        No. C 10-02231 CW (PR)

    Petitioner,              ORDER OF DISMISSAL

v.

FERNANDO GONZALES, Warden,

    Respondent.
_____/

    Petitioner Mario Mejia, a state prisoner, has filed the present petition for a writ of habeas corpus.  He also seeks leave to proceed _in forma pauperis_.

    Petitioner is an alien subject to an INS hold or detainer on his release from state custody.  He seeks to have the INS hold "dismissed."

    The petition is construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and is DISMISSED without prejudice because it is premature.  See _Garcia v. Taylor_, 40 F.3d 299, 303 (9th Cir. 1994) (hold or detainer letter alone does not sufficiently place an alien in INS custody to make habeas corpus available).

    Petitioner's application to proceed _in forma pauperis_ is GRANTED.  The Clerk of the Court shall terminate all pending motions as moot and close the file.

    IT IS SO ORDERED.

Dated: 8/27/2010

                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIO MARJIA,

        Plaintiff,

v.

WARDEN GONZALES et al,

        Defendant.

Case Number: CV10-02231 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario A. Mejia G-26696
Unit 2-Dorm-2-3 Low
California Correctional Institution
P.O. Box 608
Tehachapi, CA 93581

Dated: August 27, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2